AO 450 (Rev. 5/85)

# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
#### SOUTHERN DIVISION

| | |
|---|---|
| MARILYN TOMASSETTI,<br>　　　　Plaintiff,<br><br>v.<br><br><br>MICHAEL J. ASTRUE,<br>*Commissioner of Social Security*,<br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　**JUDGMENT IN A CIVIL CASE**<br>)　**CASE NO. 7:11-CV-88-D**<br>)<br>) |

Decision by the Court:

　　　　**IT IS ORDERED AND ADJUDGED** that the Court adopts the conclusions in the Amended Memorandum and Recommendations [D.E. 31], and Plaintiff's objections [D.E. 32] are OVERRULED. Plaintiff's Motion for Judgment on the Pleadings [D.E. 22] is DENIED, Defendant's Motion for Judgment on the Pleadings [D.E. 24] is GRANTED, and the Commissioner's final decision is AFFIRMED.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **SEPTEMBER 20, 2012,** WITH A COPY TO:

Kathleen S. Glancy (via CM/ECF electronic notification)
Kathleen C. Buckner (via CM/ECF electronic notification)

| | |
|---|---|
| September 20, 2012<br>Date | JULIE A. RICHARDS, Clerk<br><br>Eastern District of North Carolina<br><br>/s/Debby Sawyer<br>(By) Deputy Clerk |

Raleigh, North Carolina